IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM HARTSFIELD,              )
                                 )
        Plaintiff,                )
                                 )
     v.                           )     1:08CV878
                                 )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,)
                                 )
        Defendant.                )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 5, 2012, was served on the parties in this action. Counsel for Plaintiff objected to the Recommendation, (Doc. 17), and the Commissioner filed a response (Doc. 19).

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion for judgment on the pleadings seeking a reversal of Commissioner's decision (Doc. 9) is DENIED, that the Commissioner's motion for judgment on the pleadings (Doc. 11) is GRANTED, that the Commissioner's

decision finding no disability is AFFIRMED, and that this action is DISMISSED WITH PREJUDICE.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                               /s/ Thomas D. Schroeder
                                               United States District Judge

April 5, 2012